IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00645-RPM

CHARLES R. ANDERSON,

    Plaintiff,

vs.

AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC.,

    Defendant.

---

ORDER SETTING SCHEDULING CONFERENCE

---

    Pursuant to D.C.COLO.LCivR 16, it is

    ORDERED that a scheduling conference will be held on **June 5, 2007, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions. The proposed order, original and one copy, on paper, shall be submitted directly to chambers by **May 31, 2007.**

    Dated: April 4th, 2007

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge