IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00645-RPM

CHARLES R. ANDERSON,

    Plaintiff,

v.

AMERICAN EXPRESS TRAVEL RELATED SERVICES, CO., INC.,

    Defendant.

_____

ORDER FOR REMAND
_____

    This civil action was initiated by a complaint filed in the District Court, City and County of Denver, Colorado on November 8, 2006. An amended complaint was filed March 21, 2007 and the case was removed by the notice of removal filed by the defendant on March 30, 2007. The plaintiff filed a motion for remand on April 26, 2007 and the defendant filed its opposition on May 16, 2007.

    The plaintiff's motion for remand asserts that removal was not timely under 28 U.S.C. § 1446(b). The defendant's opposition is based on the contention that the case was first removable upon the filing of the amended complaint because the original complaint named a different defendant, American Express Company, and did not disclose that the amount in controversy exceeded the statutory requirement of $75,000.00 for diversity jurisdiction. A federal claim was added in the First Amended Complaint.

    In the Motion for Remand, counsel for the plaintiff has identified the manner in which the defendant American Express Travel Related Services, Co., Inc. was made aware of this civil action and has supported that assertion with exhibits, including a "status update" report to the Denver District Court regarding an extension of time to answer and discussion of

settlement, dated February 19, 2006.  Also attached to the petition is an unopposed motion to amend the caption, reflecting conferences between the parties and a letter, dated March 9, 2007, from Tyler D. Coombe, reflecting that before present counsel for the defendant were involved there was discussion of a possible settlement and an extension of time.  The defendant in its opposition does not refute that there was knowledge of this lawsuit more than thirty days before the filing of the notice of removal.  There is ample showing that the amount in controversy exceeded $75,000.00 from a reading of the complaint which, in accordance with Colorado practice, did not state a claim for monetary relief in any specific amount.  The $38,000.00 referred to in the complaint was the amount that the plaintiff contends American Express seeks to recover as a balance due on the credit account but the complaint also seeks recovery of amounts paid to American Express from the plaintiff's bank account on prior fraudulent usage of his credit card and alleges that the person accused of such fraudulent use has been sued for $750,000.00.

In this court's view, this civil action was removable long before the notice of removal was filed and it is therefore

ORDERED that this civil action is remanded to the District Court, City and County of Denver, Colorado.

DATED: May 17th, 2007

BY THE COURT:

s/ Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge